UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAFAEL SUAREZ FARIAS and LIBRADO RIOS-MORENO d/b/a CARNICERIA LOS AMIGOS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV-09-3018-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 13), seeking to dismiss the above-captioned matter in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal (Ct. Rec. 13) is **GRANTED.**

2. The above-captioned matter is dismissed with prejudice and without an award of costs to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 31st day of August, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Senior United States District Judge

Q:\CIVIL\2009\Farias\dismiss.case.ord.wpd

**ORDER OF DISMISSAL** * 1